Robert A. Mautino
Mautino and Mautino
California State Bar No. 54071
1059  10th Avenue
San Diego, CA 92101
Telephone:  (619) 235-9177
E-mail:  bob@mautino.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dejan Ristic, | ) | No. 08-cv-449 BTM WMc |
| | ) | |
| Plaintiff | ) | |
| -vs- | ) | VOLUNTARY DISMISSAL OF ACTION |
| | ) | |
| Michael Chertoff, Secretary, | ) | |
| Department of Homeland | ) | |
| Security, et al., | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

WHEREAS, the Plaintiff complained that the Defendants had not completed action on his application for naturalization which had been pending for over three years, and

WHEREAS, the Defendants, through counsel, have indicated that they are now ready to adjudicate his application, and

WHEREAS, the Defendants have no jurisdiction to act on Plaintiff's application while the matter is before the Court per 8 U.S.C. 1447(b), and

WHEREAS, the Plaintiff is willing to have the Defendants adjudicate his application, and

WHEREAS, the Defendants have not answered the complaint or otherwise appeared in this action,

NOW, THEREFORE, the Plaintiff, through counsel, voluntarily dismisses this action pursuant to rule 49(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

Dated:  April 30, 2008                              Respectfully submitted,


                                                    s/Robert A. Mautino
                                                    Robert A. Mautino
                                                    Mautino and Mautino
                                                    Attorney for Plaintiff